UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARREL PATRICK WILLIS,<br><br>                    Plaintiff,<br><br>     v.<br><br>NICK KISER, et al.,<br><br>                    Defendants. | CASE NO. 3:17-CV-05373-BHS-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR:  AUGUST 4, 2017 |

Plaintiff filed a motion for leave to proceed *in forma pauperis* (IFP).  Dkt. 1, 3. Following this Court's Order to Show Cause (Dkt. 4), plaintiff paid the $400.00 filing fee on July 5, 2017. *See* Dkt. entry dated July 5, 2017.  Therefore, the undersigned recommends that the Court deny his IFP motion as moot.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections.  *See also* Fed. R. Civ. P. 6.  Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v.*

REPORT AND RECOMMENDATION - 1

1   *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit

2   imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **August 4,**

3   **2017** as noted in the caption.

5       Dated this 11th day of July, 2017.

                                                J. Richard Creatura
                                                United States Magistrate Judge