UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARREL PATRICK WILLIS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>NICK KISER, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C17-5373 BHS-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 8. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)　The R&R is **ADOPTED**; and

(2)　Plaintiff's application to proceed in forma pauperis is **DENIED as moot**.

Dated this 7th day of August, 2017.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER