UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARREL PATRICK WILLIS,<br><br>  Plaintiff,<br><br>v.<br><br>NICK KISER, et al.,<br><br>  Defendants. | CASE NO. C17-5373 BHS-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 51. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) The Court denies plaintiff's motion for default (Dkt. 44) without prejudice.

Dated this 2nd day of October, 2018.

BENJAMIN H. SETTLE
United States District Judge

ORDER