UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARREL PATRICK WILLIS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NICK KISER, et al.,<br><br>　　　　　　Defendants. | CASE NO. C17-5373 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANT HERGERT WITHOUT PREJUDICE |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 85. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

　　(1)　　The R&R is **ADOPTED**;

　　(2)　　Defendant Hergert's Motion for Summary Judgment is **GRANTED**; and

　　(3)　　Plaintiff's claims against Defendant Hergert are **DISMISSED**.

Dated this 14th day of May, 2019.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER